ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. NOVICK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>　　　　　　Defendant. | Case No: 2:17-cv-02977-JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

CitiMortgage, Inc. (**CMI**) and Michael J. Novick hereby stipulate and agree as follows:

1. Novick filed the Complaint on November 3, 2017. ECF No. 1-1.

2. On November 30, 2017, CMI removed this matter to this Court. ECF No. 1. CMI's response to the Complaint is due December 7, 2017.

3. The parties stipulate and agree that CMI shall have until December 21, 2017 to file a response to the complaint.

. . .

. . .

. . .

. . .

. . .

. . .

43571108;1

4. This is the first request for an extension of these deadlines. The request for an extension is made in good faith and is not for purposes of delaying the ultimate resolution of this case. The extension is requested to allow CMI additional time to evaluate the claims raised in the complaint, which include very detailed allegations regarding approximately a year of loss mitigation efforts.

Dated: December 7, 2017

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Dr., Suite 330
Las Vegas, Nevada 89144

*Attorneys for CitiMortgage, Inc.*

*/s/ Michael J. Novick, Esq.*
MICHAEL J. NOVICK
9032 Players Club Drive
Las Vegas, Nevada 89134

*Plaintiff Pro Se*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATE: December 11, 2017

2

43571108;1