ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:	(702) 634-5000
Facsimile:	(702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL J. NOVICK,

                Plaintiff,

v.

CITIMORTGAGE, INC.,

                Defendant.

Case No: 2:17-cv-02977-JCM-NJK

**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

**(First Request)**

CitiMortgage, Inc. (**CMI**) and Michael J. Novick hereby stipulate and agree as follows:

1. CMI filed a Motion to Dismiss Petition for Removal on December 21 2017. ECF No. 12.

2. On January 5, 2018, Novick filed a Response to Motion ECF. No. 13, CMI's Reply Brief is due January 12, 2018.

3. The parties stipulate and agree that CMI shall have until **January 26, 2018** to file its Reply Brief.

. . .

. . .

. . .

. . .

. . .

43795624;1

4. This is the first request for an extension of these deadlines. The request for an extension is made in good faith and is not for purposes of delaying the ultimate resolution of this case.

Dated: January 11, 2018

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for CitiMortgage, Inc.*

*/s/ Michael J. Novick*
MICHAEL J. NOVICK
9032 Players Club Drive
Las Vegas, Nevada 89134

*Plaintiff Pro Se*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: January 12, 2018

43795624;1