ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. NOVICK,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>    Defendant. | Case No.: 2:17-cv-02977-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Michael J. Novick and Defendant CitiMortgage, Inc. hereby stipulate and agree

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

45424341;1

*Michael J. Novick vs. CitiMortgage, Inc.*
*Case No.: 2:17-cv-02977-JCM-NJK*
*Stipulation and Order to Dismiss with Prejudice*

to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party to bear its own costs and fees.

Dated: June 12, 2018

**AKERMAN LLP**

*/s/Tenesa Powell*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for CitiMortgage, Inc.*

**MICHAEL NOVICK**

*/s/ Michael Novick*
MICHAEL NOVICK
9032 Players Club Drive
Las Vegas, Nevada 89134

*Plaintiff Pro Se*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** June 14, 2018

2

45424341;1